DOCKET NO. 17-11128-EE

UNITED STATES COURT OF APPEALS

for the

ELEVENTH CIRCUIT COURT
_____

BRYAN NATHAN JAMES,

                                                 Plaintiff/Appellee,

v.

CSX TRANSPORTATION, INC.,

                                                 Defendant/Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
CASE NO: 4:15-CV-00204-CDL
(Hon. Clay D. Land)
_____

**JOINT MOTION TO DISMISS**
_____

*James v. CSX Transportation, Inc., No. 1711128-EE*

| HALL, BLOCH, GARLAND & MEYER, LLP | THE CALLIER FIRM |
|---|---|
| */s/ Jay Traynham_____* | */s/ Jefferson C. Callier___* |
| Jay Traynham | Jefferson C. Callier |
| Georgia State Bar No.: 716231 | Georgia State Bar No.: 105250 |
| 577 Mulberry Street, Suite 1500 | P.O. Box 2604 |
| Macon, Georgia 31201 | Columbus, Georgia 31902 |
| (478) 745-1625 phone | (706) 323-7711 phone |
| (478) 741-8822 fax | (706) 323-7544 fax |
| jaytraynham@hbgm.com | calcallier@aol.com |
| | |
| *Counsel for Defendant-Appellant* | *Counsel for Plaintiff-Appellee* |
| *CSX Transportation, Inc.* | *Bryan Nathan James* |

## CERTIFICATE OF INTERESTED PERSONS

Under Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule26.1-1, Plaintiff-Appellee Bryan Nathan James files this Certificate of Interested Persons identifying a complete list of the trial judge(s), attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliated and parent corporations, publicly-held corporations that own 10% or more of a party's stock, and other identifiable legal entitles related to any party in this case:

Baker & Hostetler LLP

Brown, Dustin T.

Callier, Jefferson C.

Carley, George H.

CSX Corporation, Stock Symbol: CSX

CSX Transportation, Inc.

D'Andrea, Lindsey

Daughtery, Crawford & Brown, LLP

*James v. CSX Transportation, Inc., No. 1711128-EE*

Devine, Joseph C.

Gregory, Hardy

Land, The Honorable Clay D.

Page Scrantom Sprouse Tucker & Ford, PC

Siegel, David A.

The Callier Firm

Tucker, William L.

        Respectfully submitted,

        */s/ Jefferson C. Callier*
        Jefferson C. Callier
        Georgia State Bar No.: 105250
        P.O. Box 2604
        Columbus, Georgia 31902-2604
        706.323.7711 phone
        706.323.7544 fax
        calcallier@aol.com

        *Counsel for Plaintiff-Appellee*
        *Bryan Nathan James*

*James v. CSX Transportation, Inc., No. 1711128-EE*

## JOINT MOTION TO DISMISS

Come now the parties, pursuant to Fed. R. App. P. 42(b) and 11th Cir. R. 42-1(a) and state the following:

1. This dismissal pertains to all parties and claims on appeal;

2. This appeal is to be dismissed with prejudice; and

3. Each party will bear its own costs.

This 27th day of June, 2017.

| HALL, BLOCH, GARLAND & MEYER, LLP | THE CALLIER FIRM |
|---|---|
| */s/ Jay Traynham*_____  <br>Jay Traynham  <br>Georgia State Bar No.: 716231  <br>577 Mulberry Street, Suite 1500  <br>Macon, Georgia 31201  <br>(478) 745-1625 phone  <br>(478) 741-8822  fax  <br>jaytraynham@hbgm.com | */s/ Jefferson C. Callier*___  <br>Jefferson C. Callier  <br>Georgia State Bar No.: 105250  <br>P.O. Box 2604  <br>Columbus, Georgia 31902  <br>(706) 323-7711 phone  <br>(706) 323-7544 fax  <br>calcallier@aol.com |
| *Counsel for Defendant-Appellant CSX Transportation, Inc.* | *Counsel for Plaintiff-Appellee Bryan Nathan James* |

J*ames v. CSX Transportation, Inc., No. 1711128-EE*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing JOINT MOTION TO DISMISS was filed by ECF on June 27, 2017, and that as a result electronic notice of the filing will be served upon all counsel of record.

BAKER & HOSTETLER LLP
Mr. Joseph C. Devine
Lindsey D'Andrea
65 East State Street, Suite 2100
Columbus, Ohio 43215
*Counsel for Defendant-Appellant*
*CSX Transportation, Inc.*

PAGE, SCRANTOM, SPROUSE TUCKER & FORD
Mr. David A. Siegel
1111 Bay Avenue 3rd Floor
Columbus, Georgia 31901
(706) 324-0251 phone
(706)596-992 fax
*Counsel for Defendant-Appellant*
*CSX Transportation, Inc.*

HALL, BLOCH, GARLAND & MEYER, LLP
*/s/ Jay Traynham*_____
Jay Traynham
Georgia State Bar No.: 716231
577 Mulberry Street, Suite 1500
Macon, Georgia 31201
(478) 745-1625 phone
(478) 741-8822  fax
jaytraynham@hbgm.com

*Counsel for Defendant-Appellant*
*CSX Transportation, Inc.*

THE CALLIER FIRM

*/s/ Jefferson C. Callier*_____
Jefferson C. Callier
Georgia State Bar No.: 105250
P.O. Box 2604
Columbus, Georgia 31902
(706) 323-7711 phone
(706) 323-7544 fax
calcallier@aol.com

*Counsel for Plaintiff-Appellee*
*Bryan Nathan James*