# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 28, 2017

David W. Bunt
U.S. District Court
120 12TH ST
COLUMBUS, GA 31902

Appeal Number: 17-11128-EE
Case Style: Bryan James v. CSX Transportation, Inc.
District Court Docket No: 4:15-cv-00204-CDL

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE/lt
Phone #: (404) 335-6173

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-11128-EE
_____

BRYAN NATHAN JAMES,

                              Plaintiff - Appellee,

versus

CSX TRANSPORTATION, INC.,

                              Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to Appellant CSX Transportation, Inc. and Appellee Bryan Nathan James's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective June 28, 2017.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Elora Jackson, EE, Deputy Clerk

                                                  FOR THE COURT - BY DIRECTION